979 P.2d 68

# SUPREME COURT OF HAWAI'I

**September 30, 1998**

| 21182 | State v. Chincio | Affirmed |
|-------|------------------|----------|

**October 6, 1998**

| 19687 | State v. Broniola | Affirmed |
|-------|-------------------|----------|
| 21312 | State v. Kagoshima | Affirmed |
| 21118 | State v. Tran | Affirmed |

**October 7, 1998**

| 21050 | LeMons v. Robert P. Muller Const. | Affirmed |
|-------|-----------------------------------|----------|
| 20010 | State v. Gomes | Affirmed |

**October 13, 1998**

| 20742 | Government Employees Ins. Co. v. Pecson | Affirmed |
|-------|------------------------------------------|----------|
| 20766 | State v. Tavares | Affirmed in part, Reversed in part |
| 20340 | Yoshioka v. Punalu'u Development, Inc. | Affirmed |
| 20563 | Yoshioka v. Punalu'u Development, Inc. | Affirmed |

**October 14, 1998**

| 20374 | Fujiyoshi v. Sallee | Affirmed |
|-------|---------------------|----------|
| 21201 | Wurdeman v. Bronster | Affirmed |

**October 22, 1998**

| 21324 | State v. Tana | Reversed |
|-------|---------------|----------|

**October 26, 1998**

| 21342 | Doe, In re | Affirmed |
|-------|-----------|----------|

**October 27, 1998**

| 20462 | Doe, In re | Affirmed |
|-------|-----------|----------|
| 20998 | State v. Ung | Affirmed |

**October 28, 1998**

| 20100 | Kawakami v. State Farm Mut. Auto. Ins. Co. | Affirmed |
|-------|---------------------------------------------|----------|
| 19935 | Kim-Rivera v. State Farm Mut. Auto. Ins. Co. | Affirmed |
| 21365 | State v. Jones | Affirmed |